January 31, 2019

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

   RE: *Hoskins v. Lawhead et al.*, 1:18-cv-07732-VSB

Dear Judge Broderick:

  Pursuant to this Court's Individual Rules & Practices in Civil Cases, I write on behalf my client, Plaintiff Thomas Hoskins ("Plaintiff") to respectfully request a 15-day extension of time to oppose Defendants' Brandon Vaughn Lawhead, Donaldson Lawhead, Tammara Lawhead, and Tawnda J. Bickford (collectively "Defendants") Motion to Dismiss the Complaint in this action. This is the first request for an extension and it is joined by the Plaintiffs.

  By way of background, Defendants moved to dismiss the complaint in this action on December 13, 2018. [ECF. Doc. no. 16.] On January 8, 2019, the Court entered a scheduling order requiring Plaintiff to serve his opposition to the motion to dismiss by January 29, 2019, and Defendants to serve a reply (if any) by February 12, 2019. [ECF Doc. no. 17.]

  Since that time, the parties have been engaging in settlement discussions. While the parties have not yet reached and resolution of this action, good faith negotiations are ongoing and the parties believe that a short extension of Plaintiff's time respond to the Motion to Dismiss and the Defendants' time to serve a reply will aid in the potential resolution of this matter. Accordingly, the parties respectfully request that the Court modify its January 8, 2019 Order

such that the Plaintiff's Opposition shall be served by February 13, 2019, and the Defendants' Reply (if any) shall be served by March 1, 2019.

    We very much appreciate the Court's consideration of this request.

                  Sincerely,

                  THE LAW OFFICE OF PETER PANERO

                  By: /s *Peter Panaro*
                        Peter Panaro
                        4216 Merrick Road
                        Massapequa, New York 11758
                        516-541-4100
                        Email: liesq@aol.com

                        Attorneys for Plaintiff

                  GOLDBERG SEGALLA, LLP

                  By: /s *Adam S. Katz*
                        Adam S. Katz
                        711 3rd Avenue #1900
                        New York, NY 10017
                        646-292-8700
                        Email: akatz@goldbergsegalla.com

                        Attorneys for Defendants

SO ORDERED

_____